EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Asignación de encomienda y nombramiento de nuevos miembros a la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2005 TSPR 141<br><br>165 DPR \_\_\_\_ |

Número del Caso: EN-2005-7

Fecha: 3 de octubre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Asignación de encomienda y
nombramiento de nuevos miembros
a la Comisión para el Estudio y
Evaluación de la Función Notarial
en Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico, a 3 de octubre de 2005.

En consideración al Informe Final presentado por la Comisión Especial sobre Prácticas del Uso del Notario como Agente de Cierre y Agentes de Título y Sobre Gastos y Honorarios Notariales en casos de Financiamiento de Propiedades Inmuebles, nombrada por el Tribunal Supremo en virtud de la Resolución de 6 de marzo de 2003, para investigar las prácticas que inciden en el notariado puertorriqueño, es preciso redirigir esfuerzos y ampliar la composición de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico.

El Informe de la Comisión Especial presenta hallazgos que requieren atención inmediata y la implantación de sus recomendaciones es apremiante. Los conocimientos y la experiencia de los miembros de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico viabilizarán la definición de los medios idóneos para implantar las recomendaciones de la Comisión Especial.

Por la naturaleza de los hallazgos y para asegurar que se atiendan las necesidades de los sectores afectados, se nombran para colaborar en esta encomienda al Comisionado de Instituciones Financieras, Hon. Alfredo Padilla, y al Secretario

designado del Departamento de Asuntos del Consumidor, Lcdo. Alejandro García Padilla, como nuevos miembros de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico.

El Presidente de la Comisión, Lcdo. Dennis Martínez Colón, deberá reunir a otros miembros de la Comisión, junto con los designados mediante esta Resolución, en un subcomité de trabajo que atienda esta encomienda. Dicho sub-comité rendirá un informe, en seis (6) meses, que incluya recomendaciones específicas y mecanismos para lograr la pronta implantación de las recomendaciones del Informe de la Comisión Especial.

La encomienda asignada y el nombramiento de nuevos miembros para la Comisión tienen efectividad inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo